IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAHEE ABDULLAH RASHEED,

    Petitioner,  No. CIV S-10-2184 EFB P

  vs.

WARDEN, et al.,

    Respondents.  ORDER
_____/

    Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. On August 31, 2010, the court ordered petitioner to either pay the filing fee or request leave of court to proceed *in forma pauperis*. The Clerk of the Court mailed petitioner a form application for leave to proceed *in forma pauperis*. The court also warned petitioner that his failure to return the completed form within 30 days would result in a recommendation that this action be dismissed.

    Rather than submit an *in forma pauperis* application or the filing fee, petitioner has filed a document with the court indicating that he requested that the prison trust office forward the $5.00 filing fee to the court. Dckt. No. 5. The court has not received a filing fee, however. It is petitioner's responsibility to ensure that the court receives either the filing fee or a proper *in forma pauperis* application.

1  Within 30 days from the day this order is served, petitioner may submit either the filing
2  fee or the application required by section 1915(a).  Petitioner's failure to comply with this order
3  will result dismissal of this action.  The Clerk of the Court is directed to mail to petitioner a form
4  application for leave to proceed *in forma pauperis*.

5  So ordered.

6  DATED: October 18, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE