IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAHEE ABDULLAH RASHEED,

    Petitioner,                            No. CIV S-10-2184 EFB P

    vs.

WARDEN, et al.,

                                     ORDER

    Respondents.

_____/

    Petitioner, a prisoner without counsel, has filed a petition for a writ of habeas corpus. *See* 28 U.S.C. § 2254. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to petitioner's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

    On August 31, 2010 and again on October 19, 2010, the court found that petitioner has neither paid the filing fee required by 28 U.S.C. § 1914 or an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Accordingly, the court ordered petitioner to pay the requisite filing fee or a completed *in forma pauperis* application within 30 days. The order admonished petitioner that failure to file the required application or pay the filing fee would result in this action being dismissed.

////

1   The 30-day period has expired and petitioner has not paid the filing fee, filed a completed
2 *in forma pauperis* affidavit or otherwise responded to the court's order.
3   Accordingly, this action is dismissed without prejudice.
4 Dated: January 4, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE