IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAHEE ABDULLAH RASHEED,

    Petitioner,                    No. CIV S-10-2184 EFB P

    vs.

WARDEN, et al.,

    Respondents.          ORDER

_____/

      Petitioner's application for a writ of habeas corpus was denied by this court on January 4, 2011 because petitioner failed to pay the filing fee or seek leave to proceed in forma pauperis as ordered by the court and required by 28 U.S.C. §§ 1914 and 1915. Dckt. Nos. 8, 9. Petitioner has filed a notice of appeal. To appeal the order dismissing the case, petitioner must obtain a certificate of appealability from this court or the Court of Appeals. 28 U.S.C. § 2253(c); Rule 11, Rules Governing § 2254 Petitions in the U.S. District Courts. This court declines to issue a certificate of appealability. If petitioner wishes, he may seek a certificate from the Court of Appeals under Federal Rule of Appellate Procedure 22.

Dated: March 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE